## Manhattan Mortgage Loan Co. et al. v. J. B. McLaughlin, for use, etc.

### Appeal from the Circuit Court of Cook County.

This appeal was disposed of upon the ground that no exception was taken to the order of the trial court overruling the motion for a new trial. Fireman's Ins. Co. v. Peck, 126 Ill. 493.

GEO. B. CHAMBERLIN, attorney for appellant.

J. B. McLAUGHLIN, attorney for appellee.